IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>BLOMQUIST BUILDERS GROUP INC.,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 23-59198-WLH |

## NOTICE OF JOINDER

COMES NOW Jennifer Blomquist, and hereby files this *Notice of Joinder* ("Joinder") joining in seeking the relief sought in the *Motion to Voluntarily Dismiss Chapter 7 Case or for Court to Abstain* (Docket No. 18) (the "Motion") and Blake Blomquist's *Joinder and Brief in Support of Debtor's Motion to Dismiss* (Docket No. 22). A hearing on the Motion is scheduled for February 13, 2024 at 10:30 A.M. (the "Hearing").

By this Joinder, Jennifer Blomquist requests that the Court dismiss the above captioned Chapter 7 case (this "Case") pursuant to 11 U.S.C. §§707(a) and 305. Jennifer Blomquist holds a claim against Debtor in the amount of $542,872.00 (see POC 2). Jennifer Blomquist is the 100% shareholder of Debtor.

WHEREFORE, Jennifer Blomquist prays that the Court dismiss this Case.

Respectfully submitted this 12th day of February, 2024.

                                                            **JONES & WALDEN LLC**

                                                            */s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
*Attorneys for Jennifer Blomquist*
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**BLOMQUIST BUILDERS GROUP INC.,**<br><br>Debtor. | **CHAPTER 7**<br><br>**CASE NO. 23-59198-WLH** |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Joinder* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Evan M. Altman**    evan.altman@laslawgroup.com, soraya.hedjazi@laslawgroup.com
- **Michael J. Bargar**    mbargar@rlkglaw.com, GA67@ecfcbis.com;emiller@rlkglaw.com;mbargar@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com
- **Ian M. Falcone**    legalassistant@falconefirm.com
- **S. Gregory Hays**    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
- **David King**    david@burkhalterlawllc.com
- **G. Frank Nason**    fnason@lcenlaw.com, NasonFR86494@notify.bestcase.com;rstuder@lcenlaw.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov

This 12th day of February, 2024.

**JONES & WALDEN LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
*Attorneys for Jennifer Blomquist*
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com

2