UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-59198-SMS |
| | : | |
| BLOMQUIST BUILDERS GROUP, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, | : | |
| Chapter 7 Trustee for Blomquist Builders Group, Inc. | :: | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ADV. PRO. NO. |
| | : | |
| ESTATES AT CORNERSTONE COMMUNITY ASSOCIATION, INC., | : | |
| | : | |
| Defendants. | : | |

**COMPLAINT**

COMES NOW S. Gregory Hays, as Chapter 7 trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Blomquist Builders Group, Inc. ("**Debtor**"), through undersigned counsel, and files this *Complaint* against Estates at Cornerstone Community Association, Inc. ("**Cornerstone**" or "**Defendant**"), and respectfully shows:

**Jurisdiction and Venue**

1. This Court has jurisdiction of the subject matter of this proceeding under 28 U.S.C. §§ 157 and 1334 and Bankruptcy Rules 7001(2) and (9).

2. This adversary proceeding constitutes a core proceeding under 28 U.S.C. § 157.

3. Venue is proper in this Court under 28 U.S.C. § 1409 because this adversary proceeding arises in the Chapter 7 bankruptcy case of the Debtor, Case No. 23-59198-SMS (the

"**Bankruptcy Case**" or "**Case**"), pending in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division (the "**Bankruptcy Court**").

4. This adversary proceeding is initiated under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

5. Defendant is subject to the jurisdiction of this Court and may be served under Rule 7004 of the Federal Rules of Bankruptcy Procedure by first class United States Mail.

6. Trustee consents to the entry of final orders or judgment by the Bankruptcy Court pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure.

**Statement of Facts**

7. Debtor initiated the Bankruptcy Case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") on September 21, 2023 (the "**Petition Date**").

8. Trustee is the duly acting Chapter 7 trustee in the Bankruptcy Case.

9. Records obtained from Debtor and other sources indicate that Defendant owes Debtor $41,999.18.

**COUNT I**
**(Claim for Turnover under 11 U.S.C. § 542)**

10. Plaintiff realleges the allegations of paragraphs 1 through 9 above as though fully set forth herein.

11. Plaintiff's interest in the amount owed to the Debtor from the Defendant became property of the Bankruptcy Estate as of the Petition Date.

12. Plaintiff seeks immediate turnover of $41,999.18 and any other amounts owed to the Debtor by Defendant.

13. Pursuant to section 542(a) of the Bankruptcy Code:

> an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title … shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate.

11 U.S.C. § 542(a).

14. Pursuant to 11 U.S.C. § 542(a), the Plaintiff is entitled to the turnover of $41,999.18 and any other amounts owed to the Debtor by Defendant

WHEREFORE, Plaintiff prays that this Court enter:

a) a judgment in favor of Plaintiff and against Defendant requiring the turnover of $41,999.18 and any other amounts owed to the Debtor by Defendant under 11 U.S.C. § 542;

b) a judgment in favor of Plaintiff and against Defendant reimbursing Plaintiff for all costs incurred in this action, including interest and attorney's fees; and

c) a judgment in favor of Plaintiff and against Defendant granting such other and further relief as is just and proper.

Respectfully submitted this 21st day of September, 2025.

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By: */s/ William D. Matthews*
William D. Matthews
Georgia Bar No. 470865
wmatthews@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220