UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-59198-sms |
| BLOMQUIST BUILDERS GROUP, INC., | ) | |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DENISE CHAPMAN | ) | |
| ALAN MUSHEGAN | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLOMQUIST BUILDERS GROUP, INC. | ) | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

**MOTION FOR ORDER SHORTENING NOTICE AND EXPEDITING HEARING ON MOTION**

COME NOW Denise Chapman and Alan Mushegan ("Movants"), by and through the undersigned counsel, and hereby file this *Motion for Order Shortening Notice and Expediting Hearing on Motion* (the "Expedited Hearing Motion"), showing as follows:

**Background**

1. Movants filed their *Motion to Determine Movants' Authority to Pursue Claims and/or Lift Stay to the Extent Necessary to Pursue Claims* (the "Motion"), seeking (i) a determination that Movants have authority to assert claims for avoidance of transfers, alter ego, and other potential theories of recovery against Blomquist Holdings, Blake Blomquist, Jennifer Blomquist and other non-debtor parties, and/or (ii) relief from the automatic stay to the extent necessary to allow Movants to assert such claims.

**Relief Requested**

2. By this Expedited Hearing Motion, Movants request entry of an order pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 9006(c)(1) shortening applicable notice periods and scheduling a hearing on the Motion for December 17, 2025.

**Basis for Relief**

3. 11 U.S.C. §105(a) allows the Court to enter any necessary or appropriate order and provides, in part, as follows: "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a) codifies the inherent equitable powers of the bankruptcy court. *See Croton River Club, Inc. v. Half Moon Bay Homeowners' Assoc., Inc., (In re Croton River Club)*, 52 F.3d 41, 45 (2nd Cir. 1995).

4. Movants desire to initiate their claims for avoidance of transfers, alter ego, and other potential theories of recovery against Blomquist Holdings, Blake Blomquist, Jennifer Blomquist and other non-debtor parties prior to December 23, 2025, to avoid the expiration of any potential statute of limitations under applicable state law.

5. Accordingly, Movants respectfully request that this Court enter an order shortening applicable notice periods and scheduling a hearing on the Motion for December 17, 2025.

WHEREFORE, Movants pray that the Court shorten applicable notice periods and consider approval of the relief sought in the Motion on an expedited basis.

Dated: December 10, 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Movants*

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373

**Certificate of Service**

This is to certify that I have on this day electronically filed the forgoing *Motion for Order Shortening Notice and Expediting Hearing on Motion* (the "Motion") using the Bankruptcy Court's Electronic Case Filing program the forgoing. The filing sends a notice of the identified document and an accompanying link to these document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

This is to further certify that the Motion was sent by United States first class mail, postage prepaid, to:

Blomquist Builders Group, Inc.
Attn Jennifer Blomquist
3478 Rabbit Run
Acworth, GA 30101

Dated: December 10, 2025

/s/ *G. Frank Nason, IV*
G. Frank Nason, IV

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373