**IT IS ORDERED as set forth below:**

**Date: December 19, 2025**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-59198-sms |
| BLOMQUIST BUILDERS GROUP, INC., | ) | |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DENISE CHAPMAN | ) | |
| ALAN MUSHEGAN | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLOMQUIST BUILDERS GROUP, INC. | ) | |
| S. GREGORY HAYS, as Chapter 7 Trustee, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

**ORDER DETERMINING THAT NON-ESTATE CLAIMS ARE NOT STAYED**

This matter is before the Court on the *Motion to Determine Movants' Authority to Pursue Claims and/or Lift Stay to the Extent Necessary to Pursue Claims* (the "Motion")(Doc. No. 52)

filed by Denise Chapman and Alan Mushegan ("Movants"). In the Motion, Movants sought the determination that Movants have authority to assert claims for avoidance of transfers against non-debtor parties and, if necessary, relief from the automatic stay to assert such claims. The Motion came to be heard on December 17, 2025. Present were G. Frank Nason, IV, counsel for Movants, Michael J. Bargar, Chapter 7 trustee for the above-named Debtor ("Trustee"), Leslie Pineyro, counsel for Jennifer Blomquist, and Ian M. Falcone, counsel for Blake Blomquist (collective, the "Individual Parties"). The Court, having read and considered the Motion and the argument from counsel, finds as follows:

(1) On September 21, 2025, Trustee filed an adversary proceeding, Adv. Pro. No. 25-01573-sms seeking declaratory judgment with respect to equitable claims asserted in and to certain real properties and Trustee's strong-arm powers under 11 U.S.C. § 544(a)(3);

(2) On September 21, 2025, Trustee filed an adversary proceeding, Adv. Pro. No. 25-01574-sms for turnover of amounts owed Debtor (collectively, Adv. Pro. No. 25-01573-sms and Adv. Pro. No. 25-05174-sms are referred to as the "Adversary Proceedings");

(3) Trustee did not initiate, pursue, or prosecute fraudulent conveyance claims under 11 U. S.C. §§ 544(b) or 548;

(4) The two-year statute of limitations for Trustee to initiate claims under 11 U. S.C. §§ 544(b) or 548 has expired; and

(5) Movants, to the extent they have standing and otherwise satisfy the elements, are not barred by the Bankruptcy Code or the pendency of the bankruptcy case from pursuing

for their own benefit fraudulent conveyance claims and related remedies against non-debtor third parties that were not pursued by Trustee (the "Non-Estate Claims").

Based upon the above findings, it is

**ORDERED AND DETERMINED** that the Non-Estate Claims are not subject to the automatic stay; and it is further

**ORDERED** that entry of this Order is not a determination of the merits of any Non-Estate Claims, and the Court makes no findings as to the validity of such claims or the standing of Movants to bring them; and it is further

**ORDERED** that any defenses to the Non-Estate Claims available to any and all non-debtor third parties are expressly preserved; and it is further

**ORDERED** that the automatic stay remains in full force and effect as to the claims asserted in the Adversary Proceedings and property of the estate; and it is further

**ORDERED** that Movants are not authorized to pursue any alter ego claims, which remain property of the estate and subject to the automatic stay, unless otherwise ordered by the Court; and it is further

**ORDERED** that Movants shall not seek relief from Debtor or the bankruptcy estate; and it is further

**ORDERED** that the bankruptcy estate shall have no administrative expense liability with respect to the prosecution of the Non-Estate Claims, and the bankruptcy estate shall not be liable for any costs or expenses incurred in connection with the prosecution of the Non-Estate Claims.

**[END OF DOCUMENT]**

**Signature on Next Page**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Movants*

By: *\/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Ian M. Falcon, The Falcone Law Firm, PC, 363 Lawrence Street, Marietta, GA 30060

Leslie Pineyro, Jones & Walden LLC, 699 Piedmont Avenue, N.E., Atlanta, GA 30308

Michael J. Bargar, Rountree, Leitman, Klein & Geer, LLC, Century Plaza 2987 Clairmont Road, Suite 350, Atlanta, GA 30329