UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  23-59198-SMS |
| | : | |
| BLOMQUIST BUILDERS GROUP, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT
UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;
DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on March 17, 2026, S. Gregory Hays ("**Trustee**"), as

Chapter 7 Trustee for the bankruptcy estate (the "**Bankruptcy Estate**") of Blomquist Builders

Group, Inc. (the "**Debtor**") filed his *Motion for Order Authorizing Settlement Under Rule 9019 of

the Federal Rules of Bankruptcy Procedure* [Doc. No. 60] (the "**Settlement Motion**") and related

papers with the Court, seeking, among other things,[1] an order from the Court authorizing a

settlement (the "**Settlement Agreement**") by and between the Trustee and Estates at Cornerstone

Community Association, Inc. ("**Cornerstone**," and with Trustee, the "**Parties**") related to the

issues Trustee raised against Cornerstone in the adversary proceeding styled as *Hays v. Estates at

Cornerstone* (Adv. Pro. No. 25-5174-SMS) (the "**Adversary Proceeding**")[2].  In short, in exchange

for Trustee's dismissing the claims that he raised against Cornerstone in the Adversary Proceeding,

Cornerstone shall pay Trustee $41,999,18 in settlement funds through three (3) payments ending

---

[1]     The following is meant only as a summary of the relief requested in the Settlement Motion
and the terms of the Settlement Agreement. To the extent that the terms of this notice and the terms
of the Settlement Motion or Settlement Agreement conflict, the terms of the Settlement Motion
and Settlement Agreement shall control.

[2]     Capitalized terms not defined in this notice shall have the meanings ascribed to them in
the Settlement Motion.

on August 1, 2026. A true and correct copy of the Settlement Agreement is attached as Exhibit "A" to the Settlement Motion and incorporated herein by reference.

The proposed settlement will allow Trustee to make a meaningful distribution to holders of timely filed general unsecured claims in this Bankruptcy Case and avoid the costs and risks of litigating the adversary proceeding.

Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Settlement Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for April 22, 2026. **The Court will hold a hearing on the Settlement Motion at 10:15 a.m. (ET) on April 22, 2026 in Courtroom 1201, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely

filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: March 17, 2026.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220

Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Notice of Trustee's Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* by first class United States mail on the following entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Miye Johnson Yi
Johnson Yi Lau, LLC
2180 Satellite Blvd.
Suite 400
Duluth, Georgia 30097

Blomquist Builders Group, Inc.
Attn: Jennifer Blomquist
3478 Rabbit Run
Acworth, GA 30101

This is to certify that I have this day electronically filed the foregoing *Notice of Trustee's Motion for Order Authorizing Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program

- **Evan M. Altman**    evan.altman@laslawgroup.com, soraya.hedjazi@laslawgroup.com
- **Ian M. Falcone**    legalassistant@falconefirm.com;Falcone.IanB103925@notify.bestcase.com
- **Miye Johnson Yi**    myi@jyllegal.com
- **David King**    david@burkhalterlawllc.com
- **William Dale Matthews**    wmatthews@rlkglaw.com, wmatthews@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;swenger@rlkglaw.com;emillerrlkg@ecf.courtdrive.com
- **G. Frank Nason**    fnason@lcenlaw.com, emiller@lcenlaw.com;emiller_169@ecf.courtdrive.com;fnason@ecf.courtdrive.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov

- **Leslie M. Pineyro**   lpineyro@joneswalden.com,
  jwdistribution@joneswalden.com;ljones@joneswalden.com;cmccord@joneswalden.com;
  ewooden@joneswalden.com;bdernus@joneswalden.com

This 17th day of March, 2026.

/s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709