

**IT IS ORDERED as set forth below:**

**Date: April 16, 2026**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  23-59198-SMS |
| | : | |
| BLOMQUIST BUILDERS GROUP, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING SETTLEMENT UNDER RULE 9019 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE**

On March 17, 2026, S. Gregory Hays ("**Trustee**"), as Chapter 7 Trustee for the bankruptcy

estate (the "**Bankruptcy Estate**") of Blomquist Builders Group, Inc. (the "**Debtor**"), filed his

_Motion for Order Authorizing Settlement Under Rule 9019 of the Federal Rules of Bankruptcy_

_Procedure_ [Doc. No. 60] (the "**Settlement Motion**"), seeking, among other things,[1] an order from

---

[1]     The following is meant only as a summary of the relief requested in the Settlement Motion
and the terms of the Settlement Agreement. To the extent that the terms of this Order and the terms
of the Settlement Motion or Settlement Agreement conflict, the terms of the Settlement Agreement
shall control.

the Court authorizing a settlement (the "**Settlement Agreement**") by and between the Trustee and

Estates at Cornerstone Community Association, Inc. ("**Cornerstone**," and with Trustee, the

"**Parties**") related to the issues Trustee raised against Cornerstone in the adversary proceeding

styled as *Hays v. Estates at Cornerstone* (Adv. Pro. No. 25-5174-SMS) (the "**Adversary**

**Proceeding**")[2].  In short, in exchange for Trustee's dismissing the claims that he raised against

Cornerstone in the Adversary Proceeding, Cornerstone shall pay Trustee $41,999,18 in settlement

funds through three (3) payments ending on August 1, 2026. A true and correct copy of the

Settlement Agreement is attached as Exhibit "A" to the Settlement Motion and incorporated herein

by reference.

Also on March 17, 2026, Trustee filed a *Notice of Motion for Order Authorizing Settlement*

*under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for*

*Hearing* [Doc. No. 61] (the "**Notice**") regarding the Settlement Motion, in accordance with the

Fifth Amended and Restated General Order No. 24-2018, and setting a hearing on the Settlement

Motion for April 22, 2026 (the "**Hearing**").

Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on

March 17, 2026. [Doc. No. 62].

The Notice provided notice of the opportunity to object and for hearing pursuant to the

procedures in the Fifth Amended and Restated General Order No. 24-2018. No objection to the

relief requested in the Settlement Motion was filed prior to the objection deadline provided in the

Notice and pursuant to the Fifth Amended and Restated General Order No. 24-2018.

---

[2]     Capitalized terms not defined in this Order shall have the meanings ascribed to them in the
Settlement Motion.

The Court having considered the Settlement Motion and all other matters of record, including the lack of objection to the relief requested in the Settlement Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Settlement Motion, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated into this Order. It is further

**ORDERED** that Trustee may take any other actions necessary to satisfy the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:
ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
Telephone: (404) 410-1220
Email: mbargar@rlkglaw.com


**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Miye Johnson Yi
Johnson Yi Lau, LLC
2180 Satellite Blvd.
Suite 400
Duluth, Georgia 30097

Blomquist Builders Group, Inc.
Attn: Jennifer Blomquist
3478 Rabbit Run
Acworth, GA 30101

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Evan M. Altman, Attorney at Law
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329