# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 23-59198-SMS
**Case Name:** Blomquist Builders Group Inc.

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 09/21/2023 (f)
**§ 341(a) Meeting Date:** 10/23/2023
**Claims Bar Date:** 02/12/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand<br>Scheduled at $0.00 value. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account Account at Piedmont Bank, xxxxxx1129<br>Amended value from $1,129.00 to $857.29. | 857.29 | 857.29 | | 907.29 | FA |
| 3 | Checking Account Account at Piedmont Bank, xxxxxx5501 | 303.08 | 303.08 | | 2,753.08 | FA |
| 4 | Checking Account Account at United Community Bank, xxxxxx | 2,829.31 | 2,829.31 | | 3,000.58 | FA |
| 5 | A/R 90 days old or less. Face amount = $. Doubtful/Uncollectible accounts = $.<br>Scheduled at $0.00 value. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 111 Catesby Road (lot 27 in Somerset Oaks) Powder Springs GA 30127 (u)<br>Added per amended schedules, Dkt # 11. Undeveloped Lot | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 7* | 216 Pindos Place (lot 47 in Estates @ Cornerstone) Powder Springs GA 30127 (u)<br>Added per amended schedules, Dkt # 11. Undeveloped Lot. (See Footnote) | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 8 | 5035 Pindos Trail (Lot 6 in Estates @ Cornerstone) Powder Springs GA 30127 (u)<br>Added per amended schedules, Dkt # 11. Undeveloped Lot | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 9 | 5749 Sunbrust Drive (lot 66 in Somerset Oaks) Powder Springs GA 30127 (u)<br>Added per amended schedules, Dkt # 11. Undeveloped Lot | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 10 | Adversary 25-05174 - Hays v. Estates at Cornerstone Community Association, Inc. (u)<br>Complaint for turnover of $41,999.18 owed to Debtor. | 41,999.18 | 41,999.18 | | 25,999.59 | 15,999.59 |
| 11 | Adversary 25-05173 - Hays v. Blomquist Holdings, LLC et al (u)<br>Complaint to determining that Defendants do not hold any interest in the properties owned by the Debtor or by the Estate (Assets # 6,8,9). | 1.00 | 1.00 | | 0.00 | 1.00 |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$270,989.86** | **$270,989.86** | | **$32,660.54** | **$166,000.59** |

RE PROP# 7 Property was determined to be owned by non-debtor entity, Blomquist Holdings, and is not property of the bankruptcy estate. Property was included on bankruptcy schedules in error.

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 23-59198-SMS
**Case Name:** Blomquist Builders Group Inc.

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 09/21/2023 (f)
**§ 341(a) Meeting Date:** 10/23/2023
**Claims Bar Date:** 02/12/2024

---

**Major Activities Affecting Case Closing:**

5/8/2024 - At mediation and pursuant to a consent order (Dkt # 32), Jennifer Blomquist and Blake Blomquist (the “Blomquists”) shall file an objection to the Mushegan Proof of Claim (the “Claim Objection”) within 10 days of the entry of this Consent Order. The Blomquists are granted authority and right to assert the claims of Debtor against the Mushegans in the Cobb Lawsuit and the Claim Objection. Without limitation, the Blomquists shall have standing to assert such claims and the Claim Objection. The Blomquists are entitled to such standing as equity holders and/or creditors in this case.

The automatic stay is lifted as to the Claim Objection, the Debtor’s Claims, and the Counterclaims asserted by the Mushegans in the Cobb Lawsuit so that prosecution of the Claim Objection, Debtor’s Claims, and the Mushegans’ Counterclaims shall proceed before the Superior Court in the Cobb Lawsuit. The extent and validity of the Mushegans’ claims against Debtor and Debtor’s estate, if any, shall be fixed and determined in the Cobb Lawsuit. The 14-day requirement pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived so that stay relief is effective instanter.

See Consent Order (DKt # 32) for further details.

This bankruptcy case is hereby STAYED pending resolution of the Cobb Lawsuit or further order of this Court.

Administration of the real properties will be determined after resolution of the Cobb Lawsuit.

3/13/2025 - In Cobb County lawsuit, motion hearings begin 7/11/2025 and jury trial begins on 8/11/2025.

6/30/2025: Trustee is monitoring the Cobb County lawsuit. The lawsuit remains pending.

9/21/2025 - Cobb County litigation is resolved and the Mushegans will have a valid claim against the bankruptcy estate. Trustee filed complaint against Blomquist Holdings and Blake Blomquist in the bankruptcy case to resolve ownership dispute relating to three properties.

4/16/2026 - Order entered in Hays v. Estates at Cornerstone (Adv. Pro. No. 25-5174-SMS. As of June 30, 2026, $25,999.59 of $41,999.18 received. Final payment due August 1, 2026.

6/30/2026 - Adversary # 25-5173 Hays v Blomquist Holdings and Blake Blomquist to resolve ownership dispute relating to three properties remains open. Defendant Blake Blomquist has agreed to a consent order and consent judgment. Trustee is documenting this agreement and will submit to the Court shortly.

**Initial Projected Date Of Final Report (TFR):** 11/30/2025 **Current Projected Date Of Final Report (TFR):** 06/30/2027

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-59198-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | Blomquist Builders Group Inc. | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***3206 | **Account #:** | ******0638 Checking |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/21/24 | {4} | Blomquist Builders Group Inc | Transfer from Blomquist United Community Bank Bank Account | 1129-000 | 3,000.58 | | 3,000.58 |
| 06/21/24 | {3} | Blomquist Builders | Transfer from Blomquist Piedmont Bank Account | 1129-000 | 2,753.08 | | 5,753.66 |
| 06/21/24 | {2} | Blomquist Builders | Transfer from Blomquist Piedmont Bank Account | 1129-000 | 907.29 | | 6,660.95 |
| 06/28/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 6,655.95 |
| 07/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 11.70 | 6,644.25 |
| 08/08/24 | 101 | Hays Financial Consulting, LLC | Reimbursement of HFC for payment for work necessary to correct code violations. Paid per Order, Dkt # 41. | 2990-000 | | 1,255.00 | 5,389.25 |
| 08/14/24 | 102 | Cedric Ward | July Maintenance of property at 5749 Sunburst Drive - Paid per Order, Dkt # 41. | 2990-000 | | 250.00 | 5,139.25 |
| 08/29/24 | 103 | Cedric Ward | August Maintenance of property at 5749 Sunburst Drive - Paid per Order, Dkt # 41. | 2990-000 | | 250.00 | 4,889.25 |
| 08/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.34 | 4,879.91 |
| 09/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 7.59 | 4,872.32 |
| 10/23/24 | 104 | Cedric Ward | September Maintenance of property at 5749 Sunburst Drive - Paid per Order, Dkt # 41. | 2990-000 | | 250.00 | 4,622.32 |
| 10/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 8.56 | 4,613.76 |
| 11/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 6.89 | 4,606.87 |
| 12/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 8.09 | 4,598.78 |
| 01/31/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 7.61 | 4,591.17 |
| 02/27/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2492 | Transition Debit to Western Alliance Bank acct XXXXXX2492 | 9999-000 | | 4,591.17 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **6,660.95** | **6,660.95** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 4,591.17 | |
| **Subtotal** | **6,660.95** | **2,069.78** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,660.95** | **$2,069.78** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-59198-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | Blomquist Builders Group Inc. | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***3206 | **Account #:** | ******2492 Checking Account |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 02/27/25 | | Transfer Credit from East West Bank acct XXXXXX0638 | Transition Credit from East West Bank acct XXXXXX0638 | 9999-000 | 4,591.17 | | 4,591.17 |
| 02/28/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 6.86 | 4,584.31 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.10 | 4,577.21 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.82 | 4,569.39 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.32 | 4,562.07 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.06 | 4,555.01 |
| 07/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 8.02 | 4,546.99 |
| 08/29/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.04 | 4,539.95 |
| 09/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.76 | 4,532.19 |
| 10/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.50 | 4,524.69 |
| 12/01/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 6.52 | 4,518.17 |
| 12/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 8.20 | 4,509.97 |
| 01/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.22 | 4,502.75 |
| 02/27/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 6.73 | 4,496.02 |
| 03/31/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.68 | 4,488.34 |
| 04/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 7.19 | 4,481.15 |
| 05/04/26 | {10} | Estates at Cornerstone Community Assoc | Per Settlement Agreement and Order approving relating to funds owed to Debtor, Dkt # 63. Pmt 1 of 3 | 1249-000 | 10,000.00 | | 14,481.15 |
| 05/29/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.29 | 14,460.86 |
| 06/12/26 | {10} | Estates at Cornerstone Community Assoc | Per Settlement Agreement and Order approving relating to funds owed to Debtor, Dkt # 63. Pmt 1 of 3. | 1249-000 | 15,999.59 | | 30,460.45 |
| 06/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 40.10 | 30,420.35 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **30,590.76** | **170.41** | **$30,420.35** |
| Less: Bank Transfers/CDs | 4,591.17 | 0.00 | |
| **Subtotal** | **25,999.59** | **170.41** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,999.59** | **$170.41** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-59198-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | Blomquist Builders Group Inc. | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***3206 | **Account #:** | ******2492 Checking Account |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $32,660.54 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $32,660.54 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0638 Checking | $6,660.95 | $2,069.78 | $0.00 |
| ******2492 Checking Account | $25,999.59 | $170.41 | $30,420.35 |
| | **$32,660.54** | **$2,240.19** | **$30,420.35** |