UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-59198-SMS |
| | : | |
| BLOMQUIST BUILDERS GROUP, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES OF CHAPTER 7 ESTATE**

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Blomquist Builders Group, Inc. ("**Debtor**"), through undersigned counsel, and files *Trustee's Motion for Payment of Administrative Expenses of Chapter 7 Estate* (the "**Motion**"). In support of his Motion, Trustee respectfully shows:

**Jurisdiction and Venue**

1.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background Facts and Relief Requested**

2.

Debtor initiated the underlying bankruptcy case (the "**Case**" or "**Bankruptcy Case**") by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") on September 21, 2023 (the "**Petition Date**").

3.

Even though Debtor scheduled no real properties or other meaningful assets, an investigation conducted by Trustee and his counsel revealed that Debtor owns at least four properties, and, Debtor filed amended Schedules to list ownership in those properties. *See* Doc. No. 11 (the **"Amended Schedules"**) at p. 8 of 19.

4.

Trustee received a Notice of Code violation from Cobb County Code Enforcement relating to grass/weeds and other issues at one of the properties: 5749 Sunburst Drive, Powder Springs, Georgia 30127 (the "**Sunburst Property**").

5.

On July 5, 2024, Trustee filed a motion seeking authority to reimburse Hay Financial Consulting LLC ("**HFC**") $1,255.00 for HFC's payment to Mr. Ward for the work described above, and to pay Mr. Ward $250.00 per mowing to maintain the Sunburst Property through the end of September 2024 (the "**Prior Motion**"). *See* Doc. No. 39. The Court granted the Prior Motion (the "**Prior Order**"). *See* Doc. No. 41.

6.

The mowing and maintenance authorized under the Prior Order concluded at the end of September 2024. Grass, brush, and trash have since again accumulated at the Sunburst Property.

7.

To avoid additional code violations, Trustee has again engaged Mr. Ward to perform the work necessary to bring the Sunburst Property into compliance, and Mr. Ward has issued an invoice, dated August 31, 2026, in the amount of $1,800.00 for the initial cleanup and clearing of brush, grass, and trash from the lot. A true and correct copy of the invoice is attached hereto as

Exhibit "A." Trustee has not yet paid this invoice and requests authority to pay Mr. Ward $1,800.00 directly from the Bankruptcy Estate.

8.

In addition, and to prevent recurrence of the Code violation, Trustee has asked Mr. Ward to continue mowing and maintaining the Sunburst Property on a monthly basis for $300.00 per month, and Trustee hereby requests authority to pay Mr. Ward $300.00 per month for such services for September 2026, October 2026, and November 2026.

9.

There is $30,322.93 on deposit in the Bankruptcy Estate's account, which is sufficient to make the foregoing payments, and such payments are proper administrative expenses of the Bankruptcy Estate.

WHEREFORE, Trustee requests that the Court grant this Motion; authorize Trustee to pay Cedric Ward $1,800.00 for the invoice attached hereto as Exhibit "A"; and authorize Trustee to pay Cedric Ward $300.00 per month for mowing and maintaining the Sunburst Property for September 2026, October 2026, and November 2026.

Respectfully submitted this 1st day of September, 2026.

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

# EXHIBIT "A"

# INVOICE

INVOICE # 117
DATE: AUGUST 31, 2026

*Cedric Ward/ General Contractor*

6167 CHASTAIN WAY, FAIRBURN, GA. 30213
Phone (404) 551-0624
Cedricward2010@gmail.com

**TO** Bankruptcy Estate of Blomquist Builders c/o
Gregory Hays, Chapter 7 Trustee
Customer ID 117

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| | | Service Address:<br><br>5749 Sunburst Drive. Powder Springs, Ga 30127<br><br>Cobb County Code Enforcement Compliance and Cleanup:<br>1. Initial cleanup/ clearing of brush and trash on lot<br>2. Proper removal of brush/grass and trash -<br><br>Total cost- $1,800.00 | $1,800 | | 1 |

Make check payable to Cedric Ward

| | |
|---|---|
| TOTAL DISCOUNT | 0 |
| SUBTOTAL | $1,800.00 |
| SALES TAX | 0 |
| TOTAL | $1,800.00 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing *Trustee's Motion for Payment of Administrative Expenses of Chapter 7 Estate* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Evan Altman
evan.altman@laslawgroup.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

G. Frank Nason, IV fnason@lcenlaw.com,
NasonFR86494@notify.bestcase.com;rstuder@lcenlaw.com

S. Gregory Hays
ghays@haysconsulting.net
saskue@haysconsulting.net
GA32@ecfcbis.com

Leslie M. Pineyro
lpineyro@joneswalden.com

This is to further certify that I have this day served the *Trustee's Motion for Payment of Administrative Expenses of Chapter 7 Estate* by first class, United States mail, with postage prepaid fully thereon, to the following parties:

Blomquist Builders Group, Inc.
Attn: Jennifer Blomquist
3478 Rabbit Run
Acworth, GA 30101

This 1st day of September, 2026.

/*s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709