**IT IS ORDERED as set forth below:**

**Date: September 10, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 23-59198-SMS |
| BLOMQUIST BUILDERS GROUP, INC., | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |

**ORDER APPROVING BROKER, SUBJECT TO OBJECTION**

On September 9, 2026, counsel for the Chapter 7 Trustee (the "**Trustee**") filed an *Application to Employ* [Doc. No. 69] (the "**Application**") Chambers Select Realty, Wendy Chambers, and Bill Celler (collectively hereafter referred to as "**Broker**") as Trustee's listing agent to sell three parcels of real property owned by Debtor, commonly known as (i) 111 Catesby Road, Powder Springs, Cobb County, GA 30127 (the "**Catesby Property**"), pursuant to a listing agreement between Trustee and Broker (the "**Catesby Listing Agreement**"); (ii) 5035 Pindos Trail, Powder Springs, Cobb County, GA 30127 (the "**Pindos Property**"), pursuant to a listing

agreement between Trustee and Broker (the "**Pindos Listing Agreement**"); and (iii) 5749 Sunburst Drive, Powder Springs, Cobb County, GA 30127 (the "**Sunburst Property**"), pursuant to a listing agreement between Trustee and Broker (the "**Sunburst Listing Agreement**") (the Catesby Property, the Pindos Property, and the Sunburst Property are referred to herein collectively as the "**Properties**," and the Catesby Listing Agreement, the Pindos Listing Agreement, and the Sunburst Listing Agreement are referred to herein collectively as the "**Listing Agreements**"). Broker will market and seek to sell the Properties on a commission basis. No notice or hearing on the Application is necessary. Based upon the affidavit included in the Application, it appears that Broker is a broker with expertise in the matter in which they are specially engaged and that this case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The employment of Broker to represent the Trustee and the estate with respect to the sale of the Properties on the basis set forth in the Application is hereby approved.

2. No compensation shall be paid to Broker until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Trustee and the United States Trustee.[1]

3. Any objection to this Order shall be served on the United States Trustee, Broker, the Trustee, Debtor, and counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open

[1] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

Calendar Procedures and shall provide notice of such hearing to the United States Trustee, the Trustee, Special Counsel, and the objecting party.

[END OF DOCUMENT]

**Proposed order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-122
mbargar@rlkglaw.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Blomquist Builders Group, Inc.
Attn: Jennifer Blomquist
6478 Rabbit Run
Acworth, GA 30101

Evan M. Altman
Law Office of Evan M. Altman
8325 Dunwoody Place, Suite 200
Atlanta, GA 30350

Leslie M. Pineyro
Jones & Walden, LLC
699 Piedmont Ave NE
Atlanta, GA 30308

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329