**IT IS ORDERED as set forth below:**

**Date: September 10, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-59198-SMS |
| | : | |
| BLOMQUIST BUILDERS GROUP, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On September 2, 2026, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Blomquist Builders Group, Inc. ("**Trustee**"), filed a motion for authority to pay Cedric Ward, General Contractor, $1,800.00 as an administrative expense of the bankruptcy estate, for the work necessary to avoid potential code violations at property of the bankruptcy estate located at 5749 Sunburst Drive, Powder Springs, Georgia 30127 (the "**Sunburst Property**") [Doc. No. 68] (the "**Motion**"). Trustee also seeks authority for Trustee to pay Cedric Ward $300.00 per month for mowing and maintaining the Sunburst Property for September 2026, October 2026, and November 2026.

In the Motion, Trustee shows that there are sufficient funds in this bankruptcy estate with which to make the foregoing payments, and Trustee submits that such payments are proper as administrative expenses of the bankruptcy estate.

The Court having considered the Motion and all other matters of record, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is granted and Trustee is authorized to pay Cedric Ward $1,800.00 for the invoice attached to the Motion as Exhibit "A" and to pay Cedric Ward $300.00 per month for mowing and maintaining the Sunburst Property for September 2026, October 2026, and November 2026.

**[END OF DOCUMENT]**

Order prepared and presented by:
ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Blomquist Builders Group, Inc.
Attn: Jennifer Blomquist
3478 Rabbit Run
Acworth, GA 30101

Evan M. Altman, Attorney at Law
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305